1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 208
2  Sacramento, CA 95814
3  (916) 447-1920
   Long_5999@msn.com
4
   Attorney for Roy Swisher
5
6               IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF CALIFORNIA
7
   THE UNITED STATES OF AMERICA,        ) No. CR-S-07-333 FCD
8                      Plaintiff,        )
9                                        ) JOINT REQUEST AND [PROPOSED]
          v.                             ) ORDER FOR A PRE-PLEA REPORT
10                                       ) CALCULATING MR. SWISHER'S
   ROY SWISHER, et al.,                  ) CRIMINAL HISTORY
11                                       )
12 ===============================) Judge: Hon. Frank C. Damrell

13        The parties, Carolyn Delaney, Assistant United States Attorney, and Michael Long, attorney

14 for Roy Swisher, jointly request that the court order the probation officer to draft a pre-plea report

15 for the sole purpose of calculating defendant Roy Swisher's criminal history.

16
   Dated:  March 7, 2008                      Respectfully submitted,
17
18                                            /s/ Michael D. Long_____
                                              MICHAEL D. LONG
19                                            Attorney for Mr. Lozano-Rosas

20 Dated:  March 7, 2008

21                                            McGREGOR SCOTT
                                              United States Attorney
22
                                              /s/ Carolyn K. Delaney____
23                                            CAROLYN K. DELANEY
24                                            Assistant U.S. Attorney

25

26

27

28

1    MICHAEL D. LONG  (CA State Bar #149475)
     901 H Street, Suite 208
2    Sacramento, CA 95814
3    (916) 447-1920
     Long_5999@msn.com
4
                    IN THE UNITED STATES DISTRICT COURT
5                  FOR THE EASTERN DISTRICT OF CALIFORNIA
6
     THE UNITED STATES OF AMERICA,        ) No. CR-S-07-333 FCD
7                         Plaintiff,       )
                                           ) (Proposed) ORDER
8           v.                             )
                                           )
9    ROY SWISHER, et al.,                  )
                                           )
10                                         ) Judge: Hon. Frank C. Damrell
                         Defendant.        )
11   ===============================)
12          UPON GOOD CAUSE SHOWN and the joint request of the parties, it is ordered that the
13   probation officer draft a pre-plea report for the sole purpose of calculating defendant Roy Swisher's
14   criminal history.
15
16   Dated:  May 20, 2008
17                                         _____
                                           FRANK C. DAMRELL, JR.
18                                         UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28