1  MICHAEL D. LONG
   Attorney at Law
2  State Bar Number 149475
   901 H Street, Suite 208
3  Sacramento, California 95814
   (916) 447-1920
4
   Attorney for ROY SWISHER
5

6                 IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,        No. Cr. S. 07-333 FCD
9        Plaintiff,
                                    REQUEST FOR ORDER AND ORDER
10       vs.                        EXONERATING BOND

11 ROY SWISHER,                     Judge: Hon. FRANK C. DAMRELL
        Defendant.
12

13 _____

14       On or about June 30, 2008, a $200,000 appearance bond,
15 secured by a deed of trust against the real property of Roy
16 Swisher, located at 337 Devonshire Street, Vallejo, CA 94591, was
17 posted on behalf of defendant Roy Swisher in case 07-333 FCD.
18       On October 14, 2008, Mr. Swisher was sentenced in the above-
19 captioned case to serve 168 months in prison.
20
21       It is hereby requested that the $200,000 secured appearance
22 bond be exonerated in the above-captioned case and that the Clerk
23 of the District Court be directed to reconvey back to the
24 Trustors the deed of trust received by the Clerk on or about June
25 30, 2008.
26 ///
27 ///
28

-1-

DATED: October 27, 2008          Respectfully submitted,

/s/
───────────────────────
Michael D. Long
Attorney for Roy Swisher

IT IS HEREBY ORDERED that the bail bond in the amount of $200,000 posted by Roy Swisher, and secured by a Deed of Trust for his home, located at 337 Devonshire Street, Vallejo, CA 94591, is hereby exonerated. The Clerk of the District Court is hereby ordered to reconvey back to the Trustors the deed of trust received by the Clerk on or about June 30, 2008.

DATED: November 29, 2010

───────────────────────
FRANK C. DARRELL, JR.
UNITED STATES DISTRICT JUDGE