AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 (Page 2 Not for Public Disclosure)

Case 2:07-cr-00333-JAM Document 896 Filed 08/27/15 Page 1 of 2

**FILED**
AUG 27 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 2:07CR0333 -03 |
| ROY SHAWN SWISHER | ) |
| | ) USM No: 17773-097 |
| Date of Original Judgment: 10/14/2008 | ) |
| Date of Previous Amended Judgment: | ) Hannah R. LaBaree, AFD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __168__ months **is reduced to** __135__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __10/21/2008__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: August 27, 2015

Judge's signature

Effective Date: 11/1/2015
*(if different from order date)*

JOHN A. MENDEZ, U.S. DISTRICT COURT JUDGE
*Printed name and title*