# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For
## Person Under Supervision

| | | | |
|---|---|---|---|
| **Name of Person Under Supervision:** | Roy Shawn Swisher | **Docket Number:** | 0972 2:07CR00333-003 |

**Name of Judicial Officer**:   Senior United States District Judge John A. Mendez

**Date of Original Sentence:**   10/14/2008

**Original Offense:** 21 U.S.C. §§ 846 and 841(a)(1)-Conspiracy to Possess with Intent to Distribute and Distribute Methamphetamine  (CLASS A FELONY)

**Original Sentence:** 168 months custody of the Bureau of Prisons; 60 months Term of Supervised Release; Mandatory Drug Testing; No Firearms; DNA Collection; $100 Special Assessment.

**Special Conditions:**

1. Warrantless Search
2. Financial Disclosure
3. Drug/Alcohol Treatment
4. Drug/Alcohol Testing
5. Pager/Cellular Phone Restriction
6. Aftercare Co-payment
7. Registration (drug)

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   10/7/2017

**Other Court Actions:**

**08/27/2015:**   Sentence reduced to 135 months custody of the Bureau of Prisons based on retroactive changes to the guideline sentencing range pursuant to 18 U.S.C. § 3582(c)(2).

**06/24/2020:**   Prob 12A-Report on Offender Under Supervision. Notice to the Court of Mr. Swisher's domestic violence incident. The Court approved the probation officer's intervention plan with no further action taken.

PROB 12C
(Rev. 06/21)

RE: **Roy Shawn Swisher**                    **Docket Number: 0972 2:07CR00333-** 003

---

## PETITIONING THE COURT

☒  **OTHER: Please calendar an arraignment hearing before the Magistrate Court on May 11, 2022, at 2 p.m. Mr. Swisher and both Counsel have been notified of the date and time of the arraignment hearing and will attend.**

The probation officer alleges the Person Under Supervision has violated the following conditions(s) of supervision:

**Charge Number**          **Nature of Violation**

**Charge 1:**              **NEW LAW VIOLATION**

On February 10, 2022, Roy Swisher was arrested by California Highway Patrol Officers for violating California Vehicle Code 23152(a)-Driving While Under the Influence of Alcohol. This is in violation of the Mandatory Condition which states, *"You must not commit another federal, state or local crime."*

**Charge 2:**              **NEW LAW VIOLATION**

On February 10, 2022, Roy Swisher was arrested by California Highway Patrol Officers for violating California Vehicle Code 23152(b)-Driving While Under the Influence of Alcohol with a BAC of .08 or Greater. This is in violation of the Mandatory Condition which states, *"You must not commit another federal, state or local crime."*

**Charge 3:**              **NEW LAW VIOLATION**

On February 10, 2022, Roy Swisher was arrested by California Highway Patrol Officers for violating California Vehicle Code 20002(a)-Driving of a Vehicle that is Involved in an Accident Damaging Property and Failure to Stop at the Scene of the Accident. This is in violation of the Mandatory Condition which states, *"You must not commit another federal, state or local crime."*

**Charge 4:**              **NEW LAW VIOLATION**

On February 10, 2022, Roy Swisher was arrested by California Highway Patrol Officers for violating California Health and Safety Code 11350(a)-Possession of Controlled Substance, to wit, Cocaine. This is in violation of the Mandatory Condition which states, *"You must not commit another federal, state or local crime."*

**Justification:**  On October 21, 2008, Roy Shawn Swisher was sentenced to 168 months imprisonment and 60 months supervised release after he admitted to violating 21 U.S.C. §§ 846 and 841(a)(1)-Conspiracy to Possess with Intent to Distribute and Distribute Methamphetamine.

RE: **Roy Shawn Swisher**                                      **Docket Number: 0972 2:07CR00333-** 003

On October 7, 2017, Mr. Swisher's supervised release term commenced. Since Mr. Swisher's release from custody, he has complied with mandatory drug testing and substance abuse counseling as directed and resided with his wife, children, and mother in Fairfield, California for majority of his term of supervision. In May 2020, Mr. Swisher was involved in a domestic violence incident with his wife. Mr. Swisher's wife declined to proceed with prosecution and charges were never filed by the Solano County District Attorney's Office. Following the altercation, he was referred to anger management classes, substance abuse counseling, and substance abuse testing. Since this incident, Mr. Swisher has endured traumatic changes in his life after his wife and children moved out from the home and his mother passed away.

On February 10, 2022, Mr. Swisher was contacted by Sacramento County Sheriff Deputies and California Highway Patrol Officers while they were investigating a hit and run traffic collision in Isleton, California. Sacramento County Sheriff Deputies heard the sound of metal grinding and observed a green Subaru Forrester with moderate front end damage. The green Subaru Forrester was stopped, and the driver was identified as Roy Swisher by his California commercial driver's license. Mr. Swisher was questioned about being involved in a traffic collision, and he admitted to a California Highway Patrol Officer that while he was driving, he had hit something.

Following the California Highway Patrol Officer's investigation, Mr. Swisher exhibited signs of impairment to include red watery eyes, slow speech, and had an odor of alcoholic beverages coming from his breath. He declined to participate in any field sobriety tests and made remarks that included, "No, I just want to go to jail." He did agree to take the Preliminary Alcohol Screening (PAS) test. Mr. Swisher's Preliminary Alcohol Screening (PAS) test results indicated a 0.089 and 0.093 blood alcohol content (BAC). At the conclusion of test results, Mr. Swisher was arrested and transported to the Sacramento County Jail for violating California Vehicle Code 23152(a)-Driving While Under the Influence of Alcohol, California Vehicle Code 23152(b)-Driving While Under the Influence of Alcohol with a BAC of .08 or Greater, and California Vehicle Code 20002(a)- Driving of a Vehicle that is Involved in an Accident Damaging Property and Failure to Stop at the Scene of the Accident (Misdemeanors). According to deputies at the Sacramento County Jail, during a search of his person prior to booking, a clear plastic baggie containing cocaine fell out of Mr. Swisher's right sock and it was booked into evidence. He was also charged with violating California Health and Safety Code 11350(a)-Possession of a Controlled Substance, to wit, Cocaine.

Mr. Swisher was released later the same day. I spoke with Mr. Swisher to discuss his arrest. He admitted to drinking and driving due to the stress of not being able to see his children. He admitted to hitting a woman's car and not stopping but failed to disclose any information regarding his cocaine possession. In reviewing Mr. Swisher's criminal history, this current new law violation is his third driving under the influence of alcohol offense.

**Detention:** Mr. Swisher is not in custody and the United States Probation Office will not seek detention at this time. He was initially arrested and booked into the Sacramento County Jail on February 10, 2022 and was released later the same day. An arraignment hearing is calendared for Case Number 22MI005706 in Sacramento County Superior Court on May 17, 2022, at 1:30 p.m. in Department 84. Since his arrest, Mr. Swisher has maintained contact with me, and no further violation conduct has been reported.

RE: **Roy Shawn Swisher**                          **Docket Number: 0972 2:07CR00333-** 003


**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:**      **May 5, 2022**
                      **Sacramento, California**


Respectfully submitted,

_(signature)_

**Roger Logan**
**United States Probation Officer**
Telephone: 916-930-4321

**DATED:**      ___5/5/2022_____

Reviewed by,

_(signature)_

**Shannon L. Morehouse**
**Supervising United States Probation Officer**

PROB 12C
(Rev. 06/21)

RE: **Roy Shawn Swisher**                                    **Docket Number: 0972 2:07CR00333-** 003

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The issuance of a warrant.

☐ The issuance of a summons.

☒ Other: **Please calendar an arraignment hearing before the Magistrate Court on May 11, 2022, at 2 p.m. Mr. Swisher and both Counsel have been notified of the date and time of the arraignment hearing and will attend.**

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

☐ Defendant is ordered detained, to be brought before District Judge forthwith.

☐ Initial appearance and detention hearing before Magistrate Judge.

**DATED:** May 5, 2022                    /s/ John A. Mendez
_____
**THE HONORABLE JOHN A. MENDEZ**
**UNITED STATES DISTRICT COURT JUDGE**

CC:

United States Probation

Assistant United States Attorney: Jason Hitt

United States Marshal Service

PROB 12C
(Rev. 06/21)

RE: **Roy Shawn Swisher**                                    **Docket Number: 0972 2:07CR00333-** 003

# STATEMENT OF EVIDENCE OF ALLEGED
# SUPERVISED RELEASE VIOLATIONS

Honorable John A. Mendez
Senior United States District Judge
Sacramento, California

RE:   Swisher, Roy Shawn
**Docket Number:** 0972 2:07CR00333-003

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Person Under Supervision.

**Charge 1:**     **NEW LAW VIOLATION**

    a.    Evidence:

        i.    California Highway Patrol Report Number 20220047-252.

    b.    Witnesses:

        i.    California Highway Patrol Officers and Sacramento County Sheriff Deputies will testify to the contents in their report.

**Charge 2:**     **NEW LAW VIOLATION**

    a.    Evidence:

        i.    California Highway Patrol Report Number 20220047-252.

    b.    Witnesses:

        i.    California Highway Patrol Officers and Sacramento County Sheriff Deputies will testify to the contents in their report.

PROB 12C
(Rev. 06/21)

RE: **Roy Shawn Swisher**                    **Docket Number: 0972 2:07CR00333-** 003

**Charge 3:**     **NEW LAW VIOLATION**

    a.      Evidence:

          i.      California Highway Patrol Report Number 20220047-252.

    b.      Witnesses:

          i.      California Highway Patrol Officers and Sacramento County Sheriff Deputies will testify to the contents in their report.

**Charge 4:**     **NEW LAW VIOLATION**

    a.      Evidence:

          i.      California Highway Patrol Report Number 20220047-252.

    b.      Witnesses:

          i.      California Highway Patrol Officers and Sacramento County Sheriff Deputies will testify to the contents in their report.

Respectfully submitted,

**Roger Logan**
**United States Probation Officer**
Telephone: 916-930-4321

**DATED:**     5/5/2022
               Sacramento, California

Reviewed by,

**Shannon L. Morehouse**
**Supervising United States Probation Officer**

PROB 12C
(Rev. 06/21)

RE: **Roy Shawn Swisher**                    **Docket Number: 0972 2:07CR00333-** 003

# REVOCATION GUIDE – SUPERVISED RELEASE

| | | | |
|---|---|---|---|
| **Name of Person Under Supervision:** | Roy Shawn Swisher | **Docket Number:** | 0972 2:07CR00333-003 |

**Date of Original Offense:**    07/25/2007

**Original term of supervised release imposed:** 5 years

**Highest grade of violation alleged:** C

**Criminal History Category of person under supervision:** III

**Chapter 7 range of imprisonment:** 5 to 11 **months.**

**Maximum term on revocation - 18 U.S.C. § 3583(e)(3):**

☒       **Class A felony - 5 years**

**Violation requires mandatory revocation:  YES:** ☒    **NO:** ☐

**Original offense committed on or after 04/30/2003**: Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above. There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges. Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 U.S.C. § 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:**  Title 18 U.S.C. § 3583 instructs that supervision shall be revoked upon a finding of: 1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:**  Title 18 U.S.C. § 3583(g) amended and instructs that supervision be revoked for: Testing positive for illegal controlled substances more than three times over the course of one year.

PROB 12C
(Rev. 06/21)